

# NUMBER 13-12-00030-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ALAMEX, NV

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Per Curiam Memorandum Opinion**[1]

Relator, Alamex, NV, filed a petition for writ of mandamus and motion for emergency stay in the above cause on January 19, 2012.

The Court, having examined and fully considered the petition for writ of mandamus and the motion for emergency stay, is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly, the petition for writ of

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the 20th
day of January, 2012.